LINDSKOG, Sheriff, v. SHOUWEILER *et al.*

(Opinion filed February 1, 1899.)

Appeal from circuit court, Brookings county. Hon. J. O. ANDREWS, Judge.

Action by G. A. Lindskog, sheriff of Brookings county, against N. A. Schouweiler and another, co-partners as Schouweiler Bros., and Thomas Lavin. A judgment was rendered, from which defendants Schouweiler appeal. On motion to dismiss. Denied.

*Alexander & Hooker*, for appellants.

*Cheever & Hall*, for respondent.

HANEY, J. Respondent moves to dismiss this appeal upon the ground that it has not been prosecuted with proper diligence. The objection to the motion on the ground that sufficient notice of the hearing was not given is overruled, for the reasons stated in Smith v. Hawley, 11 S. D. 399, 78 N. W. 355. Upon the merits of the motion, we think appellant has excused the delay, and the motion to dismiss is denied.